UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA TUGMAN, | Case No.  26-cv-04694-NW |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *Tugman v. O'Malley*, 24-cv-01597-JST.

**IT IS SO ORDERED.**

Dated: June 8, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California